*In re:*

*Judicial Conference*
*of Puerto Rico*

Committee on Rules
of Evidence

ORDER

San Juan, Puerto Rico, December 4, 1964

Mr. Rafael O. Fernández García is hereby appointed Chairman of the Committee on Rules of Evidence of the Judicial Conference of Puerto Rico.

It was so decreed by the Court as witnesses the signature of the Chief Justice.

(s) LUIS NEGRÓN FERNÁNDEZ
*Chief Justice*

I attest:

(s) IGNACIO RIVERA
*General Secretary*